# United States District Court

_____ FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA

v.

DANIEL GARCIA MADRIGAL

**WARRANT FOR ARREST**

CASE NUMBER: 99-219 (DRD)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANIEL GARCIA-MADRIGAL _____
                                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment     _ Information   _ Complaint   _ Order of court     _ Violation Notice    _ Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly, willfully and unlawfully combine, conspire, confederate, and agree together to distribute a mixture and substance containing detectable amount of marijuana; knowingly and intentionally conbined with others to conduct financial transactions, knowing that such transaction involved the use of proceeds of unlawful activities.

in violation of Title 21, United States Code, Section(s) 841(a)(1)., and 18 United States Code 1956 (a)(1)(A)(i) & (B)(i)

| Justo Arenas | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: Tere Mollfulleda, Deputy Clerk | August 20, 1999 at San Juan, Puerto Rico |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 10\11\99 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3\2\00 | DEA | EXECUTED F... DEA |

AO 442 (Rev. 12/85) Warrant for Arrest